UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>    *Plaintiff,*<br>v.<br><br>WHITE HOUSE COUNCIL ON ENVIROMENTAL QUALITY, *et al.,*<br><br>    *Defendants.* | Civil Action No. 24-2135 (SLS) |

## NOTICE OF SUBSTITUTION OF COUNSEL

  The Clerk of the Court will please enter the appearance of Assistant United States Attorney Benjamin H. Zieman as counsel for Defendants in the above-captioned case, substituting for Assistant United States Attorney Jeremy S. Simon.

Dated: December 23, 2025

              Respectfully submitted,

              JEANINE FERRIS PIRRO
              United States Attorney

              By: */s/ Benjamin H. Zieman*
                BENJAMIN H. ZIEMAN
                Assistant United States Attorney
                601 D Street, NW
                Washington, DC 20530
                Phone: (202) 252-2540

              *Attorney for the United States of America*