UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>WHITE HOUSE COUNCIL ON ENVIROMENTAL QUALITY, et al.,<br><br>Defendants. | Civil Action No. 24-2135 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Minute Order dated June 16, 2026, Plaintiff Americans for Prosperity Foundation and Defendants Council on Environmental Quality ("CEQ"), U.S. Army Corps of Engineers ("USACE"), United States Department of Energy (hereafter "DOE" or "Energy"), and U.S. Department of the Interior ("DOI"), by and through undersigned counsel, hereby submit this joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. The parties report the following regarding the status of the processing of Plaintiff's requests, narrowed as described in the joint status report dated February 9, 2026 (ECF No. 25):

***CEQ****:* On June 30, 2026, CEQ issued its fifteenth interim production, and on July 31, 2026, CEQ issued its sixteenth production. Plaintiff has reviewed these productions and has no new attachments to request. As requested in the Court's previous Minute Order, CEQ confirms that it has completed processing records that contain only CEQ equities. CEQ's final productions require the completion of consultations with other agencies.

As of August 14, 2026, CEQ sent out 753 pages of responsive records for consultation with the Department of Commerce, the Department of Health and Human Services/Centers for Disease

Control, the Office of Management and Budget, and the Department of Agriculture/Forest Service. CEQ has followed up with the agencies multiple times since the last status report and will continue to do so until consultations are complete. These agencies have not provided dates by which they anticipate completing consultation. Once these agencies complete these outstanding consultation requests, CEQ will complete any necessary final processing and produce responsive records. With respect to the Office of Management and Budget in particular, the parties are discussing ways to narrow those outstanding consultations, which currently pertain to 724 pages.

**Outstanding Consultations**

| CEQ Consult Number | Agency | Pages | Date Sent | Anticipated Completion Date |
|---|---|---|---|---|
| 2024-186-P11-DOC | DOC | 6 | 3/5/2026 | Not provided |
| 2024-186-P13-DOC | DOC | 10 | 4/30/2026 | Not provided |
| 2024-186-P1-HHS-CDC | HHS/CDC | 3 | 6/4/2025 | Not provided |
| 2024-186-P14-OMB | OMB | 631 | 5/20/2026 | Not provided |
| 2024-186-P15-OMB | OMB | 93 | 6/12/2026 | Not provided |
| 2024-186-P13-USDA | USDA-FS | 5 | 4/30/2026 | Not provided |
| 2024-186-P1-DOD-Army | DOD | 5 | 6/4/2025 | Not provided |
| | | | | |
| **Total Pages Outstanding** | | **753** | | |

Since the last status report, CEQ has received outstanding consultations from the Advisory Council on Historic Preservation, the Department of Energy, the Department of the Interior, the Federal Permitting Improvement Steering Council, the Department of Health and Human Services/Centers for Disease Control, the Department of Housing and Urban Development, the National Oceanic and Atmospheric Administration, the National Security Council, the Department of State, the U.S. Department of Agriculture, the Department of Transportation, and the Department of Education. In total, CEQ received 456 pages of responsive records from these consultations, which are now being finalized for another interim release. After deduplication, CEQ

anticipates providing approximately 345 pages of additional responsive records in the seventeenth interim production by the end of August 2026.

**Received Consultations**

| CEQ Consult Number | Agency | Pages |
|---|---|---|
| 2024-186-P13-ACHP | ACHP | 8 |
| 2024-186-P11-DOE | DOE | 188 |
| 2024-186-P13-DOI | DOI | 19 |
| 2024-186-P2-FPISC | FPISC | 12 |
| 2024-186-P2-HHS-CDC | HHS/CDC | 17 |
| 2024-186-P2-HHS | HHS | 4 |
| 2024-186-P12-HUD | HUD | 6 |
| 2024-186-P13-NOAA | NOAA | 3 |
| 2024-186-P13-NSC | NSC | 28 |
| 2024-186-P1-State | State | 23 |
| 2024-186-P13-State | State | 6 |
| 2024-186-P2-USDA | USDA | 12 |
| 2024-186-P13-DOT-OST | DOT-OST | 126 |
| 2024-186-P12-ED | ED | 4 |
| | | |
| **Total Pages Received** | | **456** |

Finally, CEQ reports that it has yet to produce 3 requested attachments, totaling 82 pages. CEQ anticipates providing 2 of the requested attachments, totaling 68 pages, in the seventeenth interim production to be released by the end of August 2026.

There are no outstanding disputes regarding the treatment of records produced to date.

***USACE****:* Since the last status report, Plaintiff has confirmed it has no further requests for attachments and otherwise raises no challenge to the treatment of records produced. Processing for USACE is now complete.

***DOE*, *DOI*, and *BLM****:* As previously reported, processing for these agencies is now complete.

2. Considering the above, the parties propose that they file a further status report in approximately 60 days, on or before October 16, 2026, and that the Court defer setting a briefing schedule at this time.

Dated: August 17, 2026
Washington, D.C.

/s/ Ryan P. Mulvey
Ryan P. Mulvey
D.C. Bar No. 1024362
AMERICANS FOR PROSPERITY
FOUNDATION
4201 Wilson Boulevard, Suite 1000
Arlington, VA 22203
Telephone: (571) 444-2841
rmulvey@afphq.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO

United States Attorney

By: /s/ Benjamin H. Zieman
Benjamin H. Zieman
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
202-252-2540

*Attorneys for the United States of America*